STATE v. KALLAM
   No. 42 PC.

   Case below: 16 N.C. App. 67.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1972.

STATE v. KALLAM
   No. 72.

   Case below: 16 N.C. App. 67.

   Motion of Attorney General to dismiss appeal for failure to file brief allowed 1 November 1972.

STATE v. JONES
   No. 47 PC.

   Case below: 14 N.C. App. 558.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

STATE v. JONES
   No. 47 PC.

   Case below: 14 N.C. App. 656.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

STATE v. McLAWHORN
   No. 81.

   Case below: 16 N.C. App. 153.

   Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 November 1972.